

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

? C. MANN
EY GENERAL

February 27, 1939

Mr. Julian Montgomery
State Highway Engineer
State Highway Department
Austin, Texas

Dear Sir:

Opinion No. O-326
Re: Claim 29-511
Mat L. Hinter, Deceased.

Your request for an opinion upon the following question?

"Should claim described in accompanying file be paid?"

has been received by this Department.

Together with your letter, you submit statements of the various witnesses to this claim. Mr. Ardell Williams and Mr. Wm. J. Fanning of this Department have carefully gone over the file submitted to them with reference to this case and have conferred at length with Mr. Belcher of the Workmen's Compensation Department regarding the facts in this matter.

You are respectfully advised that it is the opinion of this Department that this claim should be paid.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By

Wm. J. Fanning
Assistant

WJF:AW

APPROVED:

ATTORNEY GENERAL OF TEXAS